THE STATE OF OHIO, APPELLEE, *v.* GINGERICH, APPELLANT.

[Cite as *State v. Gingerich* (1996), 76 Ohio St.3d 24.]

(No. 95–1570—Submitted June 5, 1996—Decided July 3, 1996.)

*Tim Oliver,* Warren County Prosecuting Attorney, and *Carolyn A. Duvelius,* Assistant Prosecuting Attorney, for appellee.

*Eddie Lawson,* for appellant.

The judgment of the court of appeals, upholding the constitutionality of R.C. 2925.11(F)(1) and 2925.14(H), is affirmed on the authority of *State v. Thompkins* (1996), 75 Ohio St.3d 558, 664 N.E.2d 926.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.